**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-6352**

———————————

ZANE A. JOHNSON,

              Plaintiff - Appellant,

         v.

STEVE BAILEY, Western Region Director of N.C. Dept of
Corrections; ROBERT C. LEWIS, Director, Division of Prisons;
KEITH WHITENER, Administrator, Alexander Correctional
Institution; CARLOS HERNANDEZ, Assistant Superintendent,
Alexander Correctional Institution; MATT CLARK, Unit Manager
on Segregation, Alexander Correctional Institution; R.
TOWNSEND, Assistant Unit Manager on Segregation, Alexander
Correctional Institution; FNU HAMES, Sgt.; FNU BLACKBURN,
Lt.,

              Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:10-cv-00016-GCM)

———————————

Submitted:  June 17, 2010          Decided:  June 28, 2010

———————————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Zane A. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zane A. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Bailey, No. 5:10-cv-00016-GCM (W.D.N.C. Feb. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED